USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Larosa et al.,

                                    Plaintiffs,

            - against -

AAA Carting and Rubbish Removal Inc., et al.,

                                    Defendants.

**ORDER**

15 Civ. 4273 (PED)

PAUL E. DAVISON, U.S.M.J.:

Defense counsel seeks approval, in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015*)*, of a settlement agreement, executed on or about September 27, 2019, between defendants and Kenneth Miller, who appears *pro se*.[1] [Dkt. 141.]   Counsel reports that plaintiff *pro se*, despite having executed the agreement, may wish to dispute the fairness of the agreement.

Plaintiff is directed to notify the Court in writing, no later than September 25, 2020, if he wishes to object to approval of the agreement. If plaintiff does object, he should set forth the general nature of his objection in writing.

Defense counsel shall immediately forward a copy of this Order to Mr. Miller at his last known address, and shall file proof of service on the docket.

*Dated*: September 15, 2020
            White Plains, New York

                                    SO ORDERED

                                    Paul E. Davison, U.S.M.J.

---

[1] Mr. Miller is also a party to a separate proposed settlement as to which *Cheeks* approval has also been requested. [Dkt. 139.] That proposed settlement is not addressed by this Order.